IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ROZANN HOWARD, Individually, and as Next Friend and natural mother of CIEARA CARTER, a minor, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 09-0126-CV-W-ODS |
| BIG LOTS STORES, INC., et al., | ) ) | |
| Defendants. | ) | |

## SECOND AMENDED SCHEDULING ORDER
## (WITH RESCHEDULED PRETRIAL CONFERENCE AND TRIAL DATE)

Pending is Defendant Big Lots and Crown Mark's unopposed motion to extend the deadlines for designating expert witnesses and for the close of discovery (Doc. 73). This motion is granted. The pretrial conference and trial must be rescheduled. The Amended Scheduling Order is amended with respect to the following deadlines and dates:

3. Defendants shall designate any expert witnesses they intend to call at trial on or before October 14, 2010.

4. All discovery disputes shall be raised with the Court on or before November 30, 2010.

5. All pretrial discovery authorized by the Federal Rules of Civil Procedure shall be completed on or before November 30, 2010.

9. All motions to strike expert designations or preclude expert testimony premised on *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) shall be filed on or before December 30, 2010.

10. All dispositive motions, except those under FRCP 12(h)(2) or (3), shall be filed on or before December 30, 2010.

12. A final pretrial conference in this case will be held at 11:00 a.m. on April 8, 2011, at the United States Courthouse in Kansas City, Missouri.

13. This case is scheduled for a 4-day jury trial commencing at 8:00 a.m. on May 9, 2011, at the United States Courthouse in Kansas City, Missouri.

IT IS SO ORDERED.

DATE: August 12, 2010

/s/ *Ortrie D. Smith*
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT