IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROZANN HOWARD, Individually, and as Next Friend and natural mother of C.C., a minor,<br><br>               Plaintiffs,<br><br>vs.<br><br>BIG LOTS STORES, INC., et al.<br><br>               Defendants. | Case No. 09-0126-CV-W-ODS |

## CERTIFICATE OF SERVICE OF DISCOVERY

**COMES NOW,** Defendants Crown Mark, Inc. and Big Lots Stores, Inc. by and through undersigned counsel, and hereby certifies that on this 28th day of October, 2010, they served the original of Defendant Crown Mark, Inc. and Big Lots Stores, Inc.'s Second Request for Production of Documents and/or Electronically Stored Information to Plaintiff Rozann Howard and Defendants Crown Mark, Inc. and Big Lots Stores, Inc.'s Second Set of Interrogatories to Plaintiff Rozann Howard all hand delivered upon Stephen W. Lynn, Law Offices of Stephen W. Lynn, 800 West 47th, Suite 301, Kansas City, MO 64112, *Attorneys for Plaintiff*.

                                                                  **Brown & James, P.C.**

                                                                  /s/ David R. Buchanan
                                                                  David R. Buchanan   MO #29228
                                                                  Grant D. Henderson  MO #61878
                                                                  1900 City Center Square
                                                                  1100 Main Street
                                                                  Kansas City, Missouri 64105

Telephone: (816) 472-0800  
Facsimile: (816) 421-1183  
Email: dbuchanan@bjpc.com  
Email: ghenderson@bjpc.com  
**ATTORNEYS FOR**  
**DEFENDANT CROWN MARK, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of October, 2010, the foregoing was electronically filed with the Clerk of the United States District Court for the Western District of Missouri by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ David R. Buchanan

8621224